# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

In re: MDK SPORTS LLC                         § Case No. 10-60026-7
                                              §
                                              §
                                              §
Debtor(s)                                     §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   RICHARD J. SAMSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,103,181.10          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $346,333.69    Claims Discharged
                                                Without Payment: $4,643,300.75

Total Expenses of Administration: $223,948.19

---

   3) Total gross receipts of $   570,281.88   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $570,281.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,119,253.95 | $87,909.28 | $27,911.28 | $27,909.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 223,948.19 | 223,948.19 | 223,948.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 341,169.26 | 341,169.26 | 318,424.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,301,220.88 | 10,856,442.63 | 4,049,276.07 | 0.00 |
| **TOTAL DISBURSEMENTS** | $13,420,474.83 | $11,509,469.36 | $4,642,304.80 | $570,281.88 |

    4) This case was originally filed under Chapter 7 on January 08, 2010. The case was pending for 48 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2013    By: /s/RICHARD J. SAMSON
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 1,912.11 |
| MDK Dealership Group, LLC | 1129-000 | 11,274.82 |
| Sport Cycle Leasing Note Receivable | 1129-000 | 127,088.58 |
| 2007 Mitsubishi Truck | 1129-000 | 7,000.00 |
| 2006 Ultracomp Trailer | 1129-000 | 170,000.00 |
| 2008 Ultracomp Trailer | 1129-000 | 250,000.00 |
| Refund of Insurance Premium | 1290-000 | 582.39 |
| Refund from Overpayment on Account | 1290-000 | 393.60 |
| Franchise Tax refund 2011 | 1224-000 | 800.00 |
| Franchise tax refund 2010 | 1224-000 | 226.59 |
| Franchise tax refund 2012 | 1224-000 | 900.00 |
| Interest Income | 1270-000 | 103.79 |
| **TOTAL GROSS RECEIPTS** | | **$570,281.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INLAND KENWORTH US INC | 4210-000 | N/A | 60,000.00 | 0.00 | 0.00 |
| NOTFILED | Bridge Bank | 4110-000 | 4,119,253.95 | N/A | 2.00 | 0.00 |
|  | Bank of America | 4210-000 | N/A | 27,909.28 | 27,909.28 | 27,909.28 |
| TOTAL SECURED CLAIMS |  |  | $4,119,253.95 | $87,909.28 | $27,911.28 | $27,909.28 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. SAMSON | 2100-000 | N/A | 29,964.09 | 29,964.09 | 29,964.09 |
| RICHARD J. SAMSON | 2200-000 | N/A | 200.00 | 200.00 | 200.00 |
| DANIEL T. PALADINO | 3991-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| DAVIS WRIGHT TREMAINE LLP | 3210-000 | N/A | 84,983.22 | 84,983.22 | 84,983.22 |
| DAVIS WRIGHT TREMAINE LLP | 3220-000 | N/A | 2,658.75 | 2,658.75 | 2,658.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 656.36 | 656.36 | 656.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 772.60 | 772.60 | 772.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 700.62 | 700.62 | 700.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 688.27 | 688.27 | 688.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 769.14 | 769.14 | 769.14 |
| DAVIS WRIGHT TREMAINE LLP | 3210-000 | N/A | 16,927.54 | 16,927.54 | 16,927.54 |
| DAVIS WRIGHT TREMAINE LLP | 3220-000 | N/A | 8.16 | 8.16 | 8.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 717.10 | 717.10 | 717.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 726.83 | 726.83 | 726.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 657.15 | 657.15 | 657.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 678.46 | 678.46 | 678.46 |
| CALIFORNIA FRANCHISE TAX BOARD | 2820-000 | N/A | 4,107.00 | 4,107.00 | 4,107.00 |
| CALIFORNIA FRANCHISE TAX BOARD | 2820-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| CALIFORNIA FRANCHISE TAX BOARD | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 649.72 | 649.72 | 649.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 726.70 | 726.70 | 726.70 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 637.10 | 637.10 | 637.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 701.62 | 701.62 | 701.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 678.21 | 678.21 | 678.21 |
| ANDERSON ZURMUEHLEN & CO, P.C. | 3410-000 | N/A | 2,625.00 | 2,625.00 | 2,625.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 611.27 | 611.27 | 611.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 825.01 | 825.01 | 825.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 650.37 | 650.37 | 650.37 |
| DAVIS WRIGHT TREMAINE LLP | 3210-000 | N/A | 38,007.61 | 38,007.61 | 38,007.61 |
| DAVIS WRIGHT TREMAINE LLP | 3220-000 | N/A | 33.46 | 33.46 | 33.46 |
| Rabobank, N.A. | 2600-000 | N/A | 142.40 | 142.40 | 142.40 |
| Rabobank, N.A. | 2600-000 | N/A | 111.56 | 111.56 | 111.56 |
| Rabobank, N.A. | 2600-000 | N/A | 91.43 | 91.43 | 91.43 |
| Rabobank, N.A. | 2600-000 | N/A | 94.56 | 94.56 | 94.56 |
| Rabobank, N.A. | 2600-000 | N/A | 104.20 | 104.20 | 104.20 |
| Rabobank, N.A. | 2600-000 | N/A | 100.79 | 100.79 | 100.79 |
| Rabobank, N.A. | 2600-000 | N/A | 90.90 | 90.90 | 90.90 |
| Rabobank, N.A. | 2600-000 | N/A | 106.99 | 106.99 | 106.99 |
| ANDERSON ZURMUEHLEN & CO., P.C. | 3410-000 | N/A | 3,444.00 | 3,444.00 | 3,444.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$223,948.19** | **$223,948.19** | **$223,948.19** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6E) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 10P | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | N/A | 3,898.24 | 3,898.24 | 3,638.35 |
| 13 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 337,271.02 | 337,271.02 | 314,786.06 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $341,169.26 | $341,169.26 | $318,424.41 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NACNAC, LLC | 7100-000 | N/A | 3,179,081.27 | 3,179,081.27 | 0.00 |
| 3 | ORRICK,HERRINGTON AND SUTCLIFFE | 7100-000 | 165.00 | 260,123.44 | 165.00 | 0.00 |
| 4 | TARANTINO TRUST | 7100-000 | unknown | 674,331.64 | 674,331.64 | 0.00 |
| 5 | DAVID HERZOG/JONATHAN BACKMAN | 7100-000 | 105,000.00 | 130,000.00 | 130,000.00 | 0.00 |
| 6 | MPK LLC | 7100-000 | N/A | 3,113,824.93 | 0.00 | 0.00 |
| 7 | Mark D. Kvamme | 7100-000 | 8,561,608.00 | 2,905,987.50 | 0.00 | 0.00 |
| 8 | FRANK RIMMERMAN AND CO LLP | 7100-000 | 40,423.20 | 57,922.20 | 57,922.20 | 0.00 |
| 9 | Presley Properties, LLC and Marks-Redwood, LLC dba | 7100-000 | N/A | 527,395.69 | 0.00 | 0.00 |
| 10U | EMPLOYMENT DEVELOPMENT GROUP | 7200-000 | N/A | 463.29 | 463.29 | 0.00 |
| 11 | K AND K INSURANCE GROUP, INC. | 7200-000 | N/A | 7,312.67 | 7,312.67 | 0.00 |
| 12 | BARRY GILBERT | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Bergeson LLP | 7100-000 | 52,513.63 | N/A | N/A | 0.00 |
| NOTFILED | Canyon International Marketing and Media | 7100-000 | 24,927.25 | N/A | N/A | 0.00 |
| NOTFILED | Intaact Corp | 7100-000 | 12,413.59 | N/A | N/A | 0.00 |
| NOTFILED | Scott Merrill | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Machine Incorporated | 7100-000 | 2,987.50 | N/A | N/A | 0.00 |
| NOTFILED | William H. Banker, Jr. Trustee et al | 7100-000 | 492,902.81 | N/A | N/A | 0.00 |
| NOTFILED | Urban Moto | 7100-000 | 187.50 | N/A | N/A | 0.00 |
| NOTFILED | XTRM | 7100-000 | 592.40 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$9,301,220.88** | **$10,856,442.63** | **$4,049,276.07** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-60026-7  
**Case Name:** MDK SPORTS LLC  

**Trustee:** (460150) RICHARD J. SAMSON  
**Filed (f) or Converted (c):** 01/08/10 (f)  
**§341(a) Meeting Date:** 02/02/10  

**Period Ending:** 12/19/13  

**Claims Bar Date:** 06/28/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BANK ACCOUNTS | 1,000.00 | 0.00 | | 1,912.11 | FA |
| 2 | MDK MOTORSPORTS - CONCORD LLC | 0.00 | 0.00 | | 0.00 | FA |
| 3 | MDK FOLSON LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4 | MDK MOTORSPORTS - OAKLAND LLC | 0.00 | 0.00 | | 0.00 | FA |
| 5 | MDK SPEED EQUIPMENT LLC | 0.00 | 0.00 | | 0.00 | FA |
| 6 | MDK RACING LLC | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Sports Cycling Leasing, Inc. (u) | 348,181.10 | 0.00 | | 0.00 | FA |
| 8 | FACELIFT UNLIMITED DESIGNS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 9 | MDK Dealership Group, LLC | 600,000.00 | 0.00 | | 11,274.82 | FA |
| 10 | MDK Promotions LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11 | MDK MOTORSPORTS - PASO ROBLES LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Sport Cycle Leasing Note Receivable | 284,749.00 | 0.00 | | 127,088.58 | FA |
| 13 | Claim against Xyience, Inc. | 2,450,000.00 | 0.00 | | 0.00 | FA |
| 14 | Claim agains Barry Gilbert | 300,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2007Mitsubishi Truck | 12,500.00 | 0.00 | | 7,000.00 | FA |
| 16 | 95 Ford Van | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2006 Ultracomp Trailer | 200,000.00 | 0.00 | | 170,000.00 | FA |
| 18 | 2008 Ultracomp Trailer | 225,000.00 | 0.00 | | 250,000.00 | FA |
| 19 | Refund of Insurance Premium (u) | 0.00 | Unknown | | 582.39 | FA |
| 20 | Refund from Overpayment on Account (u) | 0.00 | 0.00 | | 393.60 | FA |
| 21 | Franchise Tax refund 2011 (u) | 0.00 | 0.00 | | 800.00 | FA |
| 22 | Franchise tax refund 2010 (u) | 0.00 | 0.00 | | 226.59 | FA |
| 23 | Franchise tax refund 2012 (u) | 0.00 | 0.00 | | 900.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 103.79 | FA |
| 24 | Assets Totals (Excluding unknown values) | $4,426,430.10 | $0.00 | | $570,281.88 | $0.00 |

Printed: 12/19/2013 11:33 AM V.13.13

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-60026-7  
**Case Name:** MDK SPORTS LLC  

**Trustee:** (460150)  RICHARD J. SAMSON  
**Filed (f) or Converted (c):** 01/08/10 (f)  
**§341(a) Meeting Date:** 02/02/10  

**Period Ending:** 12/19/13  

**Claims Bar Date:** 06/28/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2012          **Current Projected Date Of Final Report (TFR):**    August 23, 2013  (Actual)

Printed: 12/19/2013 11:33 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-60026-7 | | Trustee: | RICHARD J. SAMSON (460150) |
|---|---|---|---|---|
| Case Name: | MDK SPORTS LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-65 - Checking Account |
| Taxpayer ID #: | **-***2903 | | Blanket Bond: | $78,692.00 (per case limit) |
| Period Ending: | 12/19/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/03/10 | {1} | Debtor | TURNOVER OF FUNDS FROM BANK ACCOUNT | 1129-000 | 1,000.00 | | 1,000.00 |
| 05/17/10 | {19} | Allied Administrators | Insurance premium refund | 1290-000 | 582.39 | | 1,582.39 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,582.45 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,582.54 |
| 07/29/10 | {12} | Sport Cycle Leasing | Funds Wired to Trustee - Excess Proceeds from liquidation of subsidiary entity | 1129-000 | 28,000.00 | | 29,582.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 29,582.79 |
| 08/03/10 | | Bank of America | Payment of Secured Lien Per Court Order to Inland Kenworth | 4210-000 | | 27,909.28 | 1,673.51 |
| 08/13/10 | {17} | Steve Aldaco Management Group | Purchase of trailer per court order | 1129-000 | 170,000.00 | | 171,673.51 |
| 08/26/10 | {20} | Bank of America | Refund on overpaid credit card account. | 1290-000 | 393.60 | | 172,067.11 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.40 | | 172,073.51 |
| 09/07/10 | | ACCOUNT FUNDED: 9200******7619 | TRANSFER OF FUNDS TO OPEN TIA | 9999-000 | | 170,000.00 | 2,073.51 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 2,074.51 |
| 10/13/10 | {12} | Great Northern Ventures | Payment of funds from ongoing liquidation of Sports Cycle Leasing | 1129-000 | 25,000.00 | | 27,074.51 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 27,074.65 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,074.87 |
| 12/17/10 | {18} | Reed Racing LLC | Funds wired for 2008 Ultracomp Trailer | 1129-000 | 250,000.00 | | 277,074.87 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.74 | | 277,078.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.05 | | 277,085.66 |
| 02/01/11 | 1001 | DANIEL T. PALADINO | Sales Commission - 2008 Ultra Comp Trailer | 3991-000 | | 25,000.00 | 252,085.66 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.92 | | 252,091.58 |
| 03/10/11 | {1} | Bank of America | Bank account funds. | 1129-000 | 115.58 | | 252,207.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.42 | | 252,213.58 |
| 04/26/11 | {15} | Keith Stavert | Payment for Mitsubishi truck | 1129-000 | 7,000.00 | | 259,213.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.22 | | 259,219.80 |
| 05/18/11 | 1002 | DAVIS WRIGHT TREMAINE LLP | Interim Attorney Fees | 3210-000 | | 84,983.22 | 174,236.58 |
| 05/18/11 | 1003 | DAVIS WRIGHT TREMAINE LLP | Payment of Interim Costs | 3220-000 | | 2,658.75 | 171,577.83 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.23 | | 171,584.06 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.45 | | 171,585.51 |
| 06/30/11 | | From Account #9200******7619 | Consolidation of accounts following CD rollover | 9999-000 | 170,038.44 | | 341,623.95 |
| 07/06/11 | {1} | Bridgebank | Bank Account Proceeds | 1129-000 | 786.53 | | 342,410.48 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.90 | | 342,413.38 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 656.36 | 341,757.02 |

Subtotals : $652,964.63 $311,207.61

{} Asset reference(s)

Printed: 12/19/2013 11:33 AM  V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 10-60026-7
Case Name: MDK SPORTS LLC

Taxpayer ID #: **-***2903
Period Ending: 12/19/13

Trustee: RICHARD J. SAMSON (460150)
Bank Name: The Bank of New York Mellon
Account: 9200-******76-65 - Checking Account
Blanket Bond: $78,692.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.89 | | 341,759.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 796.05 | 340,963.86 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -23.45 | 340,987.31 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.79 | | 340,990.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 700.62 | 340,289.48 |
| 10/12/11 | {9} | MDK Dealership Group | Receipt of Funds from Subsidiary Entity | 1129-000 | 11,274.82 | | 351,564.30 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.94 | | 351,567.24 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 688.27 | 350,878.97 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.87 | | 350,881.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 769.14 | 350,112.70 |
| 12/02/11 | {1} | Glacier Bank | Closing balance from bank account. | 1129-000 | 10.00 | | 350,122.70 |
| 12/19/11 | 1004 | DAVIS WRIGHT TREMAINE LLP | Payment of Second Interim Fees Approved by Court | 3210-000 | | 16,927.54 | 333,195.16 |
| 12/19/11 | 1005 | DAVIS WRIGHT TREMAINE LLP | Payment of Interim Costs as Approved by Court | 3220-000 | | 8.16 | 333,187.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.95 | | 333,189.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 717.10 | 332,472.85 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.82 | | 332,475.67 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 726.83 | 331,748.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 657.15 | 331,091.69 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 678.46 | 330,413.23 |
| 04/13/12 | 1006 | CALIFORNIA FRANCHISE TAX BOARD | 2010 LLC Return of Income - Form 568 | 2820-000 | | 4,107.00 | 326,306.23 |
| 04/13/12 | 1007 | CALIFORNIA FRANCHISE TAX BOARD | Estimated Taxes 2011 - Form 3536 LLC | 2820-000 | | 2,500.00 | 323,806.23 |
| 04/13/12 | 1008 | CALIFORNIA FRANCHISE TAX BOARD | 2011 LLC Tax Voucher - Form 3522 | 2820-000 | | 800.00 | 323,006.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 649.72 | 322,356.51 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 726.70 | 321,629.81 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 637.10 | 320,992.71 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 701.62 | 320,291.09 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 678.21 | 319,612.88 |
| 09/27/12 | 1009 | ANDERSON ZURMUEHLEN & CO, P.C. | Interim Fees - Accountant for Trustee | 3410-000 | | 2,625.00 | 316,987.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 611.27 | 316,376.61 |
| 10/05/12 | {12} | Sports Cycle Leasing | Proceeds from Liquidation of Collateral | 1129-000 | 74,088.58 | | 390,465.19 |

Subtotals : $85,390.66 $36,682.49

{} Asset reference(s)

Printed: 12/19/2013 11:33 AM V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-60026-7
**Case Name:** MDK SPORTS LLC

**Taxpayer ID #:** **-***2903
**Period Ending:** 12/19/13

**Trustee:** RICHARD J. SAMSON (460150)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******76-65 - Checking Account
**Blanket Bond:** $78,692.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 825.01 | 389,640.18 |
| 11/08/12 | {21} | State of California | 2011 franchise tax refund | 1224-000 | 800.00 | | 390,440.18 |
| 11/14/12 | 1010 | RICHARD J. SAMSON | Dividend paid 100.00% on $26,163.34, Trustee Compensation; Reference: | 2100-000 | | 26,163.34 | 364,276.84 |
| 11/14/12 | 1011 | RICHARD J. SAMSON | Dividend paid 100.00% on $200.00, Trustee Expenses; Reference: | 2200-000 | | 200.00 | 364,076.84 |
| 11/14/12 | 1012 | EMPLOYMENT DEVELOPMENT DEPARTMENT | Dividend paid 75.40% on $3,898.24; Claim# 10P; Filed: $3,898.24; Reference: | 5800-000 | | 2,939.36 | 361,137.48 |
| 11/14/12 | 1013 | INTERNAL REVENUE SERVICE | Dividend paid 75.40% on $337,271.02; Claim# 13; Filed: $337,271.02; Reference: | 5800-000 | | 254,310.18 | 106,827.30 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 650.37 | 106,176.93 |
| 12/03/12 | {22} | State of CA | 2010 tax refund | 1224-000 | 226.59 | | 106,403.52 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001046015088 20121218 | 9999-000 | | 106,403.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 739,381.88 | 739,381.88 | $0.00 |
| | | | Less: Bank Transfers | | 170,038.44 | 276,403.52 | |
| | | | Subtotal | | 569,343.44 | 462,978.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $569,343.44 | $462,978.36 | |

{} Asset reference(s)

Printed: 12/19/2013 11:33 AM  V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-60026-7 | | Trustee: | RICHARD J. SAMSON (460150) |
|---|---|---|---|---|
| Case Name: | MDK SPORTS LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-66 - Checking Account |
| Taxpayer ID #: | **-***2903 | | Blanket Bond: | $78,692.00  (per case limit) |
| Period Ending: | 12/19/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                                   Printed: 12/19/2013 11:33 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-60026-7
**Case Name:** MDK SPORTS LLC

**Taxpayer ID #:** **-***2903
**Period Ending:** 12/19/13

**Trustee:** RICHARD J. SAMSON (460150)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******76-19 - Money Market Account
**Blanket Bond:** $78,692.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/10 | | FUNDING ACCOUNT: 9200******7665 | TRANSFER OF FUNDS TO OPEN TIA | 9999-000 | 170,000.00 | | 170,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.21 | | 170,003.21 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.33 | | 170,007.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.19 | | 170,011.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.33 | | 170,016.06 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.33 | | 170,020.39 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.91 | | 170,024.30 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.33 | | 170,028.63 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.19 | | 170,032.82 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.13 | | 170,032.95 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.19 | | 170,037.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 1.30 | | 170,038.44 |
| 06/30/11 | | To Account #9200******7665 | Consolidation of accounts following CD rollover | 9999-000 | | 170,038.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 170,038.44 | 170,038.44 | $0.00 |
| | | | Less: Bank Transfers | | 170,000.00 | 170,038.44 | |
| | | | **Subtotal** | | 38.44 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38.44** | **$0.00** | |

{} Asset reference(s)

Printed: 12/19/2013 11:33 AM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-60026-7
**Case Name:** MDK SPORTS LLC

**Taxpayer ID #:** **-***2903
**Period Ending:** 12/19/13

**Trustee:** RICHARD J. SAMSON (460150)
**Bank Name:** Rabobank, N.A.
**Account:** ****874766 - Checking Account
**Blanket Bond:** $78,692.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 106,403.52 | | 106,403.52 |
| 12/24/12 | 11014 | DAVIS WRIGHT TREMAINE LLP | COURT APPROVED FINAL PROFESSIONAL FEES | 3210-000 | | 38,007.61 | 68,395.91 |
| 12/24/12 | 11015 | DAVIS WRIGHT TREMAINE LLP | COURT APPROVED FINAL COSTS | 3220-000 | | 33.46 | 68,362.45 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.40 | 68,220.05 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.56 | 68,108.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.43 | 68,017.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.56 | 67,922.50 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.20 | 67,818.30 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.79 | 67,717.51 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.90 | 67,626.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.99 | 67,519.62 |
| 08/15/13 | {23} | State of California | tax refund | 1224-000 | 900.00 | | 68,419.62 |
| 08/20/13 | 11016 | ANDERSON ZURMUEHLEN & CO., P.C. | FINAL COURT APPROVED FEES - TRUSTEE'S ACCOUNTANT | 3410-000 | | 3,444.00 | 64,975.62 |
| 10/30/13 | 11017 | RICHARD J. SAMSON | Dividend paid 100.00% on $29,964.09, Trustee Compensation; Reference: | 2100-000 | | 3,800.75 | 61,174.87 |
| 10/30/13 | 11018 | EMPLOYMENT DEVELOPMENT DEPARTMENT | Dividend paid 93.33% on $3,898.24; Claim# 10P; Filed: $3,898.24; Reference: | 5800-000 | | 698.99 | 60,475.88 |
| 10/30/13 | 11019 | INTERNAL REVENUE SERVICE | Dividend paid 93.33% on $337,271.02; Claim# 13; Filed: $337,271.02; Reference: | 5800-000 | | 60,475.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 107,303.52 | 107,303.52 | **$0.00** |
| | | | Less: Bank Transfers | | 106,403.52 | 0.00 | |
| | | | **Subtotal** | | 900.00 | 107,303.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$900.00** | **$107,303.52** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******76-65 | 569,343.44 | 462,978.36 | 0.00 |
| Checking # 9200-******76-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******76-19 | 38.44 | 0.00 | 0.00 |
| Checking # ****874766 | 900.00 | 107,303.52 | 0.00 |
| | **$570,281.88** | **$570,281.88** | **$0.00** |

{} Asset reference(s)

Printed: 12/19/2013 11:33 AM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 10-60026-7 | | Trustee: | RICHARD J. SAMSON (460150) |
|---|---|---|---|---|
| Case Name: | MDK SPORTS LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****874766 - Checking Account |
| Taxpayer ID #: | **-***2903 | | Blanket Bond: | $78,692.00   (per case limit) |
| Period Ending: | 12/19/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

{} Asset reference(s)                                                                                                          Printed: 12/19/2013 11:33 AM    V.13.13